United States District Court
For the District of Massachusetts

Civil Action No.

| | |
|---|---|
| Orlando Gliders Inc, Pro-Se )<br>　　(Plaintiff), )<br>　　)<br>Vs. )<br>　　)<br>City of Boston<br>Greenway Conservancy<br>Boston Parks Group, )<br>Unknown defendants, )<br>　　(Defendants) ) | ) **Complaint** |

Jurisdiction

Now comes the Plaintiff Orlando Gliders Inc. Pro-Se, DBA. Boston Gliders a licensed company in the City of Boston since 2008. All parties have offices and or are located in Suffolk County in the city of Boston.

Allegations

　　The City of Boston, the Boston Parks Group and the Rose Kennedy Greenway have created process or rules that deny access to public space. These rules affect day to day operation and jeopardize a important part of the Boston Travel industry.

　　Most recently on June 15, 2011 the city of Boston through its City Council created a law Docket #0555 that affects Boston Gliders ability to deliver its service that it has advertised and contracted with customers, venders, and resellers. This law as it is written interrupts 3 years of continued growth and success of Boston Gliders.

　　Docket #0555 will cause incurable costs to Boston Gliders in contracts cancelations, reprinting of advertising, branding of products, ability to pay for real estate contracts, and media programs.

1

Docket #0555 will cause loss of jobs at Boston Gliders immediately.

Docket #0555 will cause a large chance of fatal injury to tourist and visitors operating a Segway PT in the Streets of Boston.

Docket #0555 violates the category of Consumer Product and the EMPAD classification of the device by ordering it to be used on the Streets of Boston.

No other State has ordered the Segway PT to be used on streets with such a high rate of speed. Like Atlantic Ave.

Docket #0555 violates the private user with rules that violate the guidelines and laws of the ADA.

Docket #0555 violated Trade Restriction by creating a set of rules that unfairly regulates one device in a category. This law would and should be focused on an entire category not a product. We do not make laws for Fords and Toyota's, nor Kawasaki, or Yamaha. The Segway PT is an EMPAD but cataloged with several other items per the Consumer Affairs Division. This law targets only one item.

Docket #0555 violates the law by unfairly burdening one company in a travel or tourism market.

Docket #0555 violates the law by creating a set of laws or rules that only apply to one set of Tour Guides.

Docket #0555 only creates rules for one type of tour service. It also target per device.

This Docket #0555 should have been created to enforce and regulate the entire tour based market of Boston, If a process is to move forward it should be for every tour guide, walking, biking, segway's and so on.

Docket #0555 was created after 2 years of fact finding by the city of Boston and 2 hearings. At which not one department leader or head had one single fact correct about size, weight, of speed of a Segway, Nor could one person cite one single act of public Safety where they refer to someone really big getting on one of these devices and running into someone really small like an old lady. Not in any time did any person from the city come and ask Boston Gliders to show, demonstrate, or observe our Tour system or procedure.

2

To date Boston Gliders has completed over 35,000 tours in the City Of Boston since July 4 2008. Not one pedestrian had ever been hit by a Segway PT on one of our Tours.

## Relief

I ask the honorable Judge to order the City of Boston to vacate this Docket #0555 and order them to collect real data and facts from the entire tourism based tour providers to ensure a law is put in place to enhance and ensure all are safe. The law must address all companies and services not hinder one type of product or service.

I ask the Honorable Judge to place a stay on proceedings on regulating the Segway PT in the city of Boston. For no less than 1 year since during open testimony they testified they have spent 2 years collecting information where not one single item was factual.

We ask for this complaint because we have been offered no real participation in creating a good and fair law for the travel and tourism market. If the city of Boston is allowed to proceed we will have to close our business and most likely not recover from such a financial burden of redoing an entire years worth of marketing and advertising work, print, video, media, and web. We believe we would win this lawsuit due to the City of Boston, parks group and Greenway discrimination against fair and equal access. As well as discrimination against Segway Tour guides and jeopardizing their lively hood.

During the last hearing on May 12 2011 as a mater of public Record the chairwomen stated that it would take 8 months to move through the process, and there would be several meeting and discussions before then. Non where done nor offered and here we are 6 weeks later and a law passed with zero information taken from the only operating and licensed company in the city of boston.

3

There is no harm in ordering this complaint since over a 3 year period and 4 summers we have ensured public Safety and had zero pubic safety issues. We operate in the city of Boston with a license from the city to conduct business and we are insured with a 3 million dollar policy from Westlake Insurance.

Respectfully Submitted,

_/s/ Paul D._

Orlando Gliders Inc. Pro-Se
75 Commercial St.
Boston, MA 02109

Certificate of Service to City of Boston 1 City Hall Plaza Boston, MA 02118
        Rose Kennedy Greenway 185 Kneeland St. Boston MA 02118
        Boston Parks 1010 Massachusetts Ave. Boston Ma 02111